**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BROOK PLAISANCE, ET AL.**                  **CIV. ACTION NO. 3:21-CV-00121**

**VERSUS**                                                      **JUDGE BRIAN A. JACKSON**

**STATE OF LOUISIANA, ET AL.**        **MAG. JUDGE ERIN WILDER-DOOMES**

---

**ORDER**

---

Considering the Motion to Dismiss Plaintiffs' Claims filed by Defendant, the State of Louisiana, pursuant to Fed. R. Civ. P. 12, and the memoranda in support of and opposition thereto;

It is hereby **ORDERED** that: (1) The State of Louisiana's Motion to Dismiss be, and hereby is, **GRANTED**; and, (2) that the claims of Plaintiffs, Brook Plaintiffs, Brook Plaisance, Frederick Bass, Amanda Coleman, Stephen Strick, and William Grieshaber against Defendant, the State of Louisiana, be, and hereby are **DISMISSED**, without prejudice.

Signed this _____ day of _____, 2021.


_____
JUDGE BRIAN A. JACKSON