## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOK PLAISANCE, ET AL.** | **CIV. ACTION NO. 3:21-CV-00121** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE ERIN WILDER-DOOMES** |

## ORDER

Considering the Motion to Dismiss Plaintiffs' Claims filed by Defendant, Governor John Bel Edwards, pursuant to Fed. R. Civ. P. 12, and the memoranda in support of and opposition thereto;

It is hereby **ORDERED** that: (1) Governor John Bel Edwards's Motion to Dismiss be, and hereby is, **GRANTED**; and, (2) that the claims of Plaintiffs, Brook Plaintiffs, Brook Plaisance, Frederick Bass, Amanda Coleman, Stephen Strick, and William Grieshaber against Defendant, Governor John Bel Edwards be, and hereby are **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this _____ day of _____, 2021.

_____
**JUDGE BRIAN A. JACKSON**