**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

### AFFIDAVIT OF MARGARET MABILE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

### MARGARET MABILE

who, after being duly sworn, did depose and say that:

1. I am over 18 years of age, of sound mind, and capable of making this affidavit.

2. The facts stated in this affidavit are true and correct and are within my personal knowledge.

3. I am employed as the Deputy Assistant Secretary at the Louisiana Workforce Commission (LWC), and have worked in the Unemployment Insurance field 19 years.

4. Prior to assuming this role, I worked in the following capacities: ORS Specialist 1; ORS Specialist 2; ORS Specialist 4; ORS Technical Specialist; ORS Manager 1; and ORS Chief

5. In the calendar year, 2020, the LWC received approximately 1,116,301 claims for unemployment benefits under all programs.

6. This was a 975% increase over the claims for the prior year, which totaled 103,785.

7. The LWC paid a total of nearly $7 Billion in benefits in 2020. By comparison it paid $153 Million in 2019.

8. LWC has brought on significant reinforcements in efforts to address the deluge of claims in 2020. Specifically, LWC added 23 adjudicators (staff trained to handle more complex benefit determinations) and an additional 85 contract staff to grow its adjudicator ranks to 127, from a pre-pandemic figure of just 19 adjudicators.

**EXHIBIT 1**

9. LWC has beefed its total call center staff to over 300, up from a pre-pandemic figure of 29.

10. The LWC has been operative every day in the past year, including working over the Christmas/New Year holidays to implement changes brought about by the December 27, 2020 Consolidated Appropriations Act, 2021, including Division N, Title II, Subtitle A (Continued Assistance Act or Act).

11. In 2020, LWC has referred over 28,000 cases to federal, state and local law enforcement.

12. As part of its daily tasks, LWC investigates potentially fraudulent claims and refers suspected fraud to the authorities on a daily basis.

13. In November, 2020, LWC thwarted more than 60,000 PUA claims that were likely attempted fraud.

14. The LWC has based all decisions that it has made regarding the implementation of the unemployment assistance programs and claims handling on the overarching goal of processing and paying valid claims in the most prompt and accurate manner possible.

15. The LWC has implemented policies and procedures to comply with the USDOL's directives and guidance in connection with the various pandemic unemployment programs.

*[signature]*
**MARGARET MABILE**

SWORN TO AND SUBSCRIBED before me, Notary Public, at East Baton Rouge, Parish, Louisiana on this 26th day of March, 2021.

*[signature]*
NOTARY PUBLIC

Printed Name: James Robert Wooley
My Commission Expires: At death
Notary No.: BAR # 13479

2