# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOK PLAISANCE, ET AL.** | **CIV. ACTION NO. 3:21-CV-00121** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE ERIN WILDER-DOOMES** |

## GOVERNOR JOHN BEL EDWARDS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, **JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF LOUISIANA**, who appears for the limited purpose of opposing Plaintiffs' motion for preliminary injunction and without consenting to the jurisdiction of this Court. In support, Defendant Governor Edwards adopts and incorporates herein the Memoranda in Opposition to Plaintiffs' Motion for Preliminary Injunction filed today by the State of Louisiana and the Louisiana Workforce Commission and Ava Dejoie [Rec Docs 19 and 20].

By Attorneys:

*s/ John C. Walsh*
_____
**MATTHEW F. BLOCK, T.A.** (Bar Roll #25577)
JOHN C. WALSH (Bar Roll #38930)
Office of the Governor
Post Office Box 94004
Baton Rouge, LA 70804-9004
(225) 342-7015
(225) 208-1524 (fax)
matthew.block@la.gov
john.walsh@la.gov
***Attorneys for JOHN BEL EDWARDS, in his official capacity as Governor of the State of Louisiana***

## CERTIFICATE OF SERVICE

I hereby certify that, on March 26, 2021, I electronically filed the forgoing with the Clerk of Court by using the CM/EMF system, which will send a notice of electronic filing to all counsel of record.

*s/ John C. Walsh*
_____
**JOHN C. WALSH**