UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BROOK PLAISANCE, ET AL.**                         CIVIL ACTION NO.

**VERSUS**                                          21-121-BAJ-EWD

**STATE OF LOUISIANA, ET AL.**

## VIDEO STATUS CONFERENCE REPORT

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on April 5, 2021, with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **Ellyn Clevenger**<br>**Wendy Manard**<br>Counsel for Plaintiffs,<br>Brook Plaisance, *et al.* | **C. Austin Holliday**<br>Counsel for Defendant,<br>State of Louisiana |
| | **John D. Walsh**<br>**Rachel P. Dunaway**<br>**Kellen J. Matthews**<br>Counsel for Defendants,<br>Governor John Bel Edwards,<br>Louisiana Workforce Commission and<br>Secretary Ava DeJoie | |

The undersigned set this status conference to discuss discovery and scheduling in connection with Plaintiff's request for a preliminary injunction.[1] The parties agreed that approximately forty-five days to conduct discovery before the preliminary injunction hearing was a workable time frame. The parties further agreed that, given the very short time before the hearing, they did not need a formal limited scheduling order. Plaintiffs' counsel will make every effort to propound discovery requests to defendants before the April 8, 2021 conference with the district judge.[2] The parties were instructed to send correspondence to the undersigned if discovery

---

[1] R. Doc. 12.
[2] R. Doc. 23.

cv38aT0:15

disputes arise that cannot be resolved through the conferral process. Any correspondence regarding discovery issues should briefly summarize the dispute.