UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BROOK PLAISANCE, ET AL.                                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                          NO. 21-00121-BAJ-EWD

ORDER

Considering the **Notice of Voluntary Dismissal of the Defendant, State of Louisiana (Doc. 25)**

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendant, the State of Louisiana are **DISMISSED**, without prejudice, each party to bear its own costs and fees.

Baton Rouge, Louisiana, this ___14th___ day of April, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA