UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROOK PLAISANCE, FREDRICK BASS, AMANDA COLEMAN, STEPHEN STRICK, AND WILLIAM GRIESHABER on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br><br>VERSUS<br><br>STATE OF LOUISIANA; LOUISIANA WORKFORCE COMMISSION; AVA DEJOIE, in her official capacity as Secretary of the Louisiana Workforce Commission; and JOHN BEL EDWARDS, in his official capacity as chief executive officer of the State of Louisiana,<br>*Defendants*. | CIVIL ACTION NO.: 3:21-CV-121-BAJ-EWD<br><br><br>JUDGE: BRIAN A. JACKSON<br><br><br>MAGISTRATE: ERIN WILDER-DOOMES |

## MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b) and Local Civil Rule 23, Plaintiffs Brooke Plaisance, Frederick Bass, Amanda Coleman, Stephen Strick, and William Grieshaber, respectfully, request this Court enter an order certifying this case as a class action, with the class defined as:

> All individuals who, since March 13, 2020, applied for unemployment insurance benefits through the Louisiana Workforce Commission and have been, are being, or will be denied access to State Unemployment Compensation, Federal Pandemic Unemployment Compensation, Pandemic Emergency Unemployment Compensation, Mixed Earner Unemployment Compensation or Pandemic Unemployment Assistance benefits without a determination of benefits eligibility.

As well as two subclasses, consisting of:

1. Individuals that have neither received an unemployment compensation benefit nor a written decision regarding their eligibility for benefits, including, in the event that benefits denied, a statement of their right to appeal this determination to the

1

Louisiana Workforce Commission. This class is referred to as the **Denial of Benefits Subclass**.

2. Individuals who, at some time since March 13, 2020, have received Unemployment Compensation benefits but whose benefits were terminated by the Louisiana Workforce Commission without notice and opportunity to dispute this adverse action, either prior to or following the termination of their benefits. This class is referred to as the **Termination of Benefits Subclass.**

As set forth in the Memorandum of Law and Attorney Declaration accompanying this filing, class certification is appropriate.

Undersigned counsel also asks the Court to grant this motion and appoint them as Class Counsel pursuant to Fed. R. Civ. P. Rule 23(g).

This Motion is supported by a Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, which Plaintiffs have filed concurrently, and by the Attorney Declaration and exhibits thereto.

Date: April 30, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Ellyn J. Clevenger* | */s/ Saima A. Akhtar* |
| Ellyn J. Clevenger (#32395) | Saima A. Akhtar |
| Wendy Manard (#29622) | (NY Bar Roll # 4661237) |
| Manard Law | National Center for Law and |
| 1100 Poydras Street, Suite 2610 | Economic Justice |
| New Orleans, LA 70163 | 275 Seventh Avenue, Suite 1506 |
| Telephone: (504) 585-7777 | New York, NY 10001 |
| Fax: (504) 556-2977 | Telephone: (212) 633-6967 |
| wendy@wmanard.com | Fax: (212) 633-6371 |
| ellyn@wmanard.com | akhtar@nclej.org |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR PLAINTIFFS |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2021, the foregoing pleading was filed and served via the CM/ECF on all parties.

| | |
|---|---|
| */s/* Ellyn J. Clevenger | */s/ Saima A. Akhtar* |
| Ellyn J. Clevenger (#32395) | Saima A. Akhtar |
| Wendy Manard (#29622) | (NY Bar Roll # 4661237) |
| Manard Law | National Center for Law and |
| 1100 Poydras Street, Suite 2610 | Economic Justice |
| New Orleans, LA 70163 | 275 Seventh Avenue, Suite 1506 |
| Telephone: (504) 585-7777 | New York, NY 10001 |
| Fax: (504) 556-2977 | Telephone: (212) 633-6967 |
| wendy@wmanard.com | Fax: (212) 633-6371 |
| ellyn@wmanard.com | akhtar@nclej.org |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR PLAINTIFFS |