UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOK PLAISANCE, FREDRICK BASS, AMANDA COLEMAN, STEPHEN STRICK, AND WILLIAM GRIESHABER** on behalf of themselves and all others similarly situated, *Plaintiffs* **VERSUS** **STATE OF LOUISIANA WORKFORCE COMMISSION; AVA DEJOIE, in her official capacity as Secretary of the Louisiana Workforce Commission; and JOHN BEL EDWARDS, in his official capacity as chief executive officer of the State of Louisiana,** *Defendants* | **CIVIL ACTION NO.: 21-121-BAJ-EWD** **JUDGE: BRIAN A. JACKSON** **MAGISTRATE: ERIN WILDER-DOOMES** |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendants, the Louisiana Workforce Commission and Secretary Ava Dejoie, who/which respectfully move the Court to permit Erica P. Sensenbrenner (La. Bar Roll No. 38400) of the law firm Adams and Reese LLP, 701 Poydras Street, Suite 4500, New Orleans, Louisiana 70139, to enroll as additional counsel of record in this matter.

**WHEREFORE**, Defendants, the Louisiana Workforce Commission and Secretary Ava Dejoie, pray that the Court enter an Order allowing Erica P. Sensenbrenner of the law firm Adams and Reese LLP to enroll as additional counsel of record in this matter.

Respectfully Submitted:

**ADAMS AND REESE LLP**

*/s/ Kellen J. Mathews*
William B. Gaudet (#1374)
Kellen J. Mathews (#31860)
ADAMS AND REESE LLP
Hancock Whitney Center
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 585-0263
Fax: (504) 566-0210
William.Gaudet@arlaw.com
Kellen.Mathews@arlaw.com

***ATTORNEYS FOR STATE OF LOUISIANA WORKFORCE COMMISSION AND AVA DEJOIE***

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2021, the foregoing pleading was filed and served via CM/ECF on all counsel of record.

*/s/ Kellen J. Mathews*
Kellen J. Mathews