IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BROOKE PLAISANCE, FREDRICK BASS, AMANDA COLEMAN, STEPHEN STRICK, and WILLIAM GRIESHABER on behalf of themselves and those similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF LOUISIANA; LOUISIANA WORKFORCE COMMISSION; AVA M. DEJOIE, in her official capacity as Secretary of the Louisiana Workforce Commission; AND JOHN BEL EDWARDS, in his official capacity as chief executive officer of the State of Louisiana, <br><br> *Defendants*. | Civil Action No.: 3:21-CV-121-BAJ-EWD <br><br> Judge: JOHN W. DEGRAVELLES <br><br> Magistrate: ERIN WILDER-DOOMES |

**PLAINTIFFS FREDRICK BASS AND WILLIAM GRIESHABER'S MOTION TO WITHDRAW AS NAMED PLAINTIFFS**

Pursuant to Federal Rules of Civil Procedure 21 Plaintiffs Fredrick Bass ("Mr. Bass") and William Grieshaber ("Mr. Grieshaber") ("Plaintiffs") respectfully submit this motion to withdraw as named plaintiffs for the putative class.

As set forth in the Memorandum of Law and Attorney Declaration accompanying this filing, withdrawal of Mr. Bass and Mr. Grieshaber as named plaintiffs is appropriate.

This Motion is supported by a Memorandum of Law, which Plaintiffs have filed concurrently, and by the Attorney Declaration and exhibits thereto. Defendant has indicated opposition to the Plaintiffs' motion.

1

Dated: March 25, 2022

Respectfully Submitted,

/s/ Saima A. Akhtar
Saima A. Akhtar
(New York Bar Roll No. 4661237)
**National Center for Law and Economic Justice**
50 Broadway, Suite 1500
New York, NY 10004
212.633.6067
akhtar@nclej.org

/s/ Ellyn J. Clevenger
Ellyn J. Clevenger (Bar Roll No. 32395)
Wendy Manard (Bar Roll No. 29622)
**The Manard Firm**
1100 Poydras Street, Suite 2610
New Orleans, Louisiana 70163
504.585.7777
wendy@wmanard.com
ellyn@wmanard.com

/s/ Chad B. Walker
Chad B. Walker
Texas Bar No. 24056484
Admitted via *Pro Hac Vice*
cbwalker@winston.com
Rebecca Loegering
Texas Bar No. 24098008
Admitted via *Pro Hac Vice*
rloegering@winston.com
Steven Laxton
Texas Bar No. 24120639
Admitted via *Pro Hac Vice*
slaxton@winston.com
**Winston & Strawn LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Fax: (214) 453-6400

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 25, 2022 counsel for the Plaintiffs conferred with counsel for the Defendant and counsel for Defendant indicated the motion would be opposed.

*/s/ Saima A. Akhtar*
Saima A. Akhtar

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022 the foregoing pleading was filed and served via the CM/ECF on all parties.

*/s/ Saima A. Akhtar*
Saima A. Akhtar