# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROOK PLAISANCE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-121-JWD-EWD** |
| **STATE OF LOUISIANA, ET AL.** | |

## JUDGMENT

For written reasons assigned (Docs. 27, 48, 109), and for two parties having been voluntarily dismissed, (*see* Docs. 27, 45),

**IT IS ORDERED, ADJUDGED, AND DECEED** that judgment is hereby entered, in favor of Defendants Louisiana Workforce Commission ("LWC"); Ava Cates (previously referred to as "Ava Dejoie"), in her official capacity as Secretary of the LWC ("Cates"); the State of Louisiana; and John Bel Edwards, in his official capacity as chief executive officer of the State of Louisiana ("Edwards") (collectively, "Defendants"), and against Plaintiffs, Brook Plaisance, Fredrick Bass, Amanda Coleman, Stephen Strick, and William Grieshaber ("Plaintiffs").

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that (1) all claims by Plaintiffs against the LWC are **DISMISSED WITHOUT PREJUDICE**, for lack of subject matter jurisdiction; (2) all claims by Plaintiff against the State of Louisiana and Edwards are **DISMISSED WITHOUT PREJUDICE**, from voluntary dismissal; (3) all claims for compensatory damages by Plaintiffs against Cates in her official capacity are **DISMISSED WITHOUT PREJUDICE**, for lack of subject matter jurisdiction; and (4) all federal claims by Plaintiffs against Cates in her official capacity for prospective injunctive relief are **DISMISSED WITH PREJUDICE**.

Signed in Baton Rouge, Louisiana, on September 30, 2022.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**